**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re:

| | |
|---|---|
| **Jamie Jean Dudek** | Case No. 14-23981-HRT<br>Chapter 13 |

**NOTICE OF APPEARANCE**

COMES NOW, K. Christian Webert, pursuant to L.B.R. 9010-1(f), hereby enters his appearance in this matter on behalf of Whispering Pines of Denver Condominium Association, secured creditor of Debtor(s), and hereby requests copies of notices, orders, and other documents to which parties in interest may be entitled pursuant to FED. R. BANKR. P. 2002 or the L.B.R.

Respectfully submitted May 9, 2016.      MOELLER GRAF, P.C.

_____
MOELLER GRAF, P.C.
K. Christian Webert, #43739
Address: 385 Inverness Parkway, Suite 200
Englewood, Colorado 80112
Phone Number: (720) 279-2568

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 10, 2016 I served by prepaid first class mail a copy of the Notice of Appearance, on those entitled to service at the following addresses:

Jamie Dudek, 7755 E. Quincy Ave #D3-107, Denver, CO 80237

Michael Suchoparek, 517 E. 16th Ave, Denver, CO 80203

Douglas B Kiel, Chapter 13 Trustee, 4725 S. Monaco Street. Ste. 120, Denver, CO 80237

Byron G Rogers Federal Building, 1961 Stout Street 12-200, Denver, CO 80294

_____
for Moeller Graf, P.C.